**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In the Matter of:

YASER ALSOUFI and  Case No. 10-51289-SWR
TAQWAA MOHAMED,  Chapter 7
 HON. Steven W. Rhodes
　　　　　　Debtors.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

　　　The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Express, PO Box 248872 Oklahoma City, OK 73124-8872 | 1 | $3.63 |
| GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | 13 | $2.01 |
| GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | 14 | $1.61 |
| GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | 15 | $1.35 |
| **Total:** | | **$8.60** |

Dated: May 5, 2011　　　　　　　　　　　*/s/ Karen E. Evangelista (P36144)*
　　　　　　　　　　　　　　　　　　　　Karen E Evangelista, Trustee
　　　　　　　　　　　　　　　　　　　　439 S. Main St., Suite 250
　　　　　　　　　　　　　　　　　　　　Rochester, MI 48307

(248) 652-7992
brewera1008@yahoo.com